15CV 0097

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Sam Arthur Sabet

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

see attached

_____

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s).  If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Part I.  Addresses should not be included here.)*

RECEIVED
JAN 05 2015
PRO SE OFFICE

**COMPLAINT**

Jury Trial:   □ Yes     □ No
(check one)

## I.    Parties in this complaint:

A.    List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff    Name    Sam Arthur Sabet
_____
          Street Address    35-26 28th St
_____
          County, City    Astoria
_____
          State & Zip Code    New York, 11106    *basement apt or 1*
_____
          Telephone Number    347-965-1441
_____

B.    List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant  No. 1    Name    _____
               Street Address    _____

*Rev. 05/2010*

U.S. Companies in Saudi Arabia.txt

3M
First Union Bank

ABB
FLIR Systems, Inc.

The AES Corporation
Fluor Daniel
Akin, Gump,
Strauss,
Hauer & Feld,
L.L.P.
Ford Motor Company
American International Group
General Dynamics
Corporation

Amoco
General Electric

Arthur Andersen
Gibson,
Dunn & Crutcher

AT&T
Guardian Industries
Bank of America
Halliburton Company

The Bank of New York
Harris Corporation

Bechtel
Holiday Inn

Bell Atlantic    IBM

Black & Veatch LLP
Ingersoll-Rand Company

The Boeing Company
J.F. Jelenko & Co.

Caltex Petroleum
Corporation
J.P. Morgan

The Carlyle Group

U.S. Companies in Saudi Arabia.txt

Jones Lang LaSalle

The Chase Manhattan Bank
LeBoeuf,
Lamb,
Greene &MacRae,
L.L.P.

Chevron Chemical
Company
Litton Industries
Chicago Bridge & Iron
Lockheed-Martin

CIGNA Corporation
Lucent Technologies Inc.

Citicorp
Marathon Oil Company

The Coca-Cola Company
Marsh & McLennan

COLSA International
Merck & Co., Inc.

Conoco Inc.
Mobil Corp.

Deloitte & Touche
Morgan Stanley Dean Witter

Delphi Energy & Engine Management Systems
Motorola

Duke Engineering & Services
M.W. Kellogg Company

Eastcom,
L.L.C. Navistar International
Corporation

Eastman Chemical E.M.E.A
Occidental Petroleum
Corporation

Eli Lilly and Company
PACCAR International

U.S. Companies in Saudi Arabia.txt

Enron Corp.
Parsons Corporation

Exxon Corporation
Pepsi Cola International

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 2    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 3    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 4    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions          ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Freedom of Belief and International Human Rights _____

_____

_____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship United States of America _____

Defendant(s) state(s) of citizenship U.S.A. _____

_____

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? the United States of America

B.    What date and approximate time did the events giving rise to your claim(s) occur? Since 1933 the United States has had a diplomatic relationship with the Islamic State known as Saudi Arabia

C.    Facts: The Saudi Arabian Muslim religious nation-state and member-state of the United Nations is an an absolute monarchy and theocracy, the most extreme textbook tyranny according to the values of our American government and secular based curriculum. It is known for its Human Rights atrocities and for the support of terrorist organizations, particularly "Arab" Muslims. Any American based establishment contributing to Saudi Arabian wealth, or doing business in Saudi Arabia, while these Human Rights atrocities and terrorist actions persist is a absolute and direct violation, as well as a violation to our own United States Constitution which promotes "Freedom of Religion." No U.S. citizen including our Presidents have the right to be supporting the Islamic state of Saudi Arabia in any way shape or form while Saudi citizens are being deprived of their Human Rights and U.S. citizens are contributing to the violation of "Freedom of Religion" our Constitutional Right as U.S. citizens. For the United States to denounce merely a democracy/theocracy in a nation like Iran in support of a purer form of democracy and for the U.S. to support an "Arab spring" while contributing to Human Rights atrocities in Saudi Arabia is the biggest political contradiction and betrayal to our citizens. For ex-President George Bush to make a statement like "We do not negotiate with terrorists" and then to be kissing the cheek of an absolute monarch and theocrat while he's responsible for Human Rights atrocities, and funding the other side of the war, is serious contradiction. Ultimately, the support of an absolute monarchy as well as a theocracy, the Muslim nation of Saudi Arabia, is an act of treason against the citizens of the United States of America.

*(margin notes:)*
What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

A direct violation of my United States Constitution

*Rev. 05/2010*

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are
seeking, and the basis for such compensation. _____

_____

The United States must remove all interests, commercial or non-commercial (including government ops) from

the nation of Saudi Arabia, and must cease to acknowledge Saudi Arabia as nation-state and a member-state of

the United Nations, and to place sanctions. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

Signature of Plaintiff    _____

Mailing Address    35-26 28th St. Astoria, NY 11106

_____

_____

Telephone Number    347-965-1441

Fax Number *(if you have one)*    _____

<u>Note</u>:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners
must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this 5 day of January , 2015, I am delivering
this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for
the Southern District of New York.

Signature of Plaintiff:    Sam Arthur Sabet

Inmate Number    _____

*Rev. 05/2010*