UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAM ARTHUR SABET,

                         Plaintiff,

        -against-

3M, ET AL.,

                         Defendants.

NO. 15-CV-97 (LAP)

ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651

LORETTA A. PRESKA, Chief United States District Judge:

On January 31, 2008, the Court barred Plaintiff from filing any new actions in this Court without first obtaining leave to file. *See S.A. Godowner v. Footlocker*, No. 08-CV-10042 (KMW) (S.D.N.Y. Jan. 31, 2008), *aff'd*, 08-1068-cv (2d Cir. June 2, 2008).[1]  Plaintiff filed this new *pro se* case, seeks IFP status, and has not sought leave from the Court.  This action is therefore dismissed for failure to comply with the January 31, 2008 order.

The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket.

---

[1] In 08-CV-10042, Plaintiff sued Footlocker under the name "S.A. Godowner."  Plaintiff has previously sued Footlocker under the names Sabet and Godowner.  *See e.g. Sabet v. Doe, Owner of Wordmark "Footlocker Inc.,"* No. 08-CV-5882 (DAB) (S.D.N.Y. June 21, 2007) (dismissed for failure to state a claim); *Godowner v. Footlocker, Inc.*, No. 08-CV-338 (KMW) (S.D.N.Y. Jan 15, 2008) (voluntarily withdrawn).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: January 15, 2015
New York, New York

*[signature: Loretta A. Preska]*
LORETTA A. PRESKA
Chief United States District Judge